■ PATRICIA A. GORSKI, Respondent, v ALLAN T. REID et al., Appellants. (Appeal No. 1.) [887 NYS2d 924]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered August 26, 2008 in a personal injury action. The order, insofar as appealed from, granted the motion of plaintiff for partial summary judgment on the issue of liability.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Centra, Fahey, Peradotto and Green, JJ.

■ PATRICIA A. GORSKI, Respondent, v ALLAN T. REID et al., Appellants. (Appeal No. 2.) [887 NYS2d 924]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered December 30, 2008 in a personal injury action. The order denied the motion of defendants for leave to renew their opposition to plaintiff's motion for partial summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Centra, Fahey, Peradotto and Green, JJ.